

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

April 30, 2020

By ECF
Hon. Philip M. Halpern
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> Application granted. Defendant is given permission to file Plaintiff's administrative record under seal. The administrative record shall be viewable to the Court and parties only.
>
> Dated: New York, NY
> May 7, 2020
>
> **SO ORDERED.**
> _____
> Philip M. Halpern, U.S.D.J.

  Re: *Pfeiffer v. Azar,*
    **19 Civ. 11897 (PMH)**

Dear Judge Halpern:

  This Office represents Defendant Alex M. Azar, II, sued in his official capacity as Secretary of the United States Department of Health & Human Services (the "Government"), in the above-captioned action pertaining to an alleged Medicare reimbursement overcharge. The Government's answer and administrative record are due to be filed today. *See* Dkt. No. 17. I write respectfully, with the consent of counsel for Plaintiff, to request the Court's leave to file the administrative record under seal. The reason for the request is that the administrative record contains a significant amount of medical information pertaining to Plaintiff, including Plaintiff's medical records and discussion of Plaintiff's medical treatment and diagnoses. In accordance with the Court's Individual Rules and ECF Rules & Instructions, I have contemporaneously filed a sealed copy of the administrative record.

  We thank the Court for its consideration of this request.

              Respectfully,

              GEOFFREY S. BERMAN
              United States Attorney

               /s/ Allison M. Rovner
      BY: ALLISON M. ROVNER
         Assistant U.S. Attorney
         Telephone: (212) 637-2691
         Fax: (212) 637-2750

cc: Paul Hoffman, Esq. (by ECF)